UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - against -

DONALD G. BLAKSTAD, et al.,

        Defendants,

------------------------------------x

Stipulation and [Proposed] Order

No. 20 Civ. 163 (DLC)

WHEREAS, on March 13, 2020, the Government moved to intervene and for a full stay of the above-captioned case, in light of the pendency of the parallel criminal case *United States v. Donald Blakstad*, S1 19 Cr. 486 (ER) (the "Criminal Case"), in which a superseding indictment has been returned and trial has been scheduled for November 2, 2020; and

WHEREAS, the Government has conferred with Eugene Iredale, Esq., counsel to defendants Donald G. Blakstad and Energy Sources International Corporation, and reached agreement that a complete stay is appropriate;

WHEREAS, the Securities and Exchange Commission (the "SEC") has no opposition to the request for a stay; and

WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that proceedings this action are stayed in their entirety pending the conclusion of the Criminal Case. For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions,

interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties' obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety.

STIPULATED AND AGREED:

GEOFFREY S. BERMAN
United States Attorney

By: *Edward Imperatore*
Edward Imperatore
Jared Lenow
Assistant United States Attorneys

s/ Christopher Kelly
Christopher Kelly, Esq.
Securities and Exchange Commission

_____
Eugene Iredale, Esq.
Attorney for Donald G. Blakstad
and Energy Sources International Corporation

SO ORDERED:

_____
DENISE COTE
United States District Judge

3/18/2020
DATE

2