```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,       :
                                         :
                         Plaintiff,      :   20cv163 (DLC)
                -v-                      :
                                         :        ORDER
DONALD G. BLAKSTAD, ENERGY SOURCES       :
INTERNATIONAL CORPORATION, and XACT      :
HOLDINGS CORPORATION,                    :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 18, 2020, the Court granted a motion of the United States, through the U.S. Attorney for the Southern District of New York (the "Government"), to intervene in this case pursuant to Rule 24, Fed. R. Civ. P., and to stay this matter in its entirety pending resolution of a parallel criminal case, United States v. Donald Blakstad, No. 19cr486(ER).  On September 2, plaintiff-intervenor Eric Amos ("Amos") moved to lift the stay and to intervene for the limited purpose of filing an interpleader action pursuant to Rule 22, Fed. R. Civ. P. to deposit funds in the Court's registry.  Plaintiff the Securities and Exchange Commission does not oppose this request.  Accordingly, it is hereby

ORDERED that the stay of this case is lifted so that Amos may file a motion to intervene in the action.

IT IS FURTHER ORDERED that Amos's September 2 motion to intervene is granted.

IT IS FURTHER ORDERED that Amos shall promptly file his complaint in intervention and make any request for further relief.

SO ORDERED:

Dated:    New York, New York
         September 3, 2020

```
                                    _____
                                            DENISE COTE
                                    United States District Judge
```