```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,       :
                                         :
                       Plaintiff,         :      20cv163 (DLC)
            -v-                           :
                                         :         ORDER
DONALD G. BLAKSTAD, ENERGY SOURCES        :
INTERNATIONAL CORPORATION, and XACT       :
HOLDINGS CORPORATION,                     :
                                         :
                       Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 2, 2020 plaintiff-intervenor Eric Amos ("Amos") moved to intervene in this action for the limited purpose of filing an interpleader action pursuant to Rule 22, Fed. R. Civ. P. to deposit disputed funds in the Court's registry. Plaintiff the Securities and Exchange Commission did not oppose the request to intervene. An Order of September 3 granted Amos's request to intervene.

On September 8, Amos filed his complaint in intervention. Amos seeks an order allowing him to deposit the disputed funds into the Court's registry; discharging him from this lawsuit and relieving him of all claims to the disputed funds; enjoining the SEC and Blakstad from filing suit against him in any other forum related to their respective claims to the disputed funds; and

awarding him reasonable costs and attorney fees.  Accordingly, it is hereby

ORDERED that any opposition to the relief sought in Amos's complaint in intervention shall be filed by **September 25, 2020.**

SO ORDERED:

Dated:    New York, New York
         September 11, 2020

_____
DENISE COTE
United States District Judge