```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                          Plaintiff,     :   20cv163 (DLC)
             -v-                         :
                                         :           ORDER
DONALD G. BLAKSTAD, ENERGY SOURCES       :
INTERNATIONAL CORPORATION, and XACT      :
HOLDINGS CORPORATION,                    :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
ERIC AMOS,                               :
                                         :
                          Interpleader   :
                          Plaintiff,     :
             -v-                         :
                                         :
DONALD G. BLAKSTAD, ENERGY SOURCES       :
INTERNATIONAL CORPORATION, and XACT      :
HOLDINGS CORPORATION, and SECURITIES     :
AND EXCHANGE COMMISSION,                 :
                                         :
                          Interpleader   :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 18, 2020, this case was stayed in its entirety pending the conclusion of the parallel criminal case, United States v. Donald Blakstad, S1 19cr486 (ER) ("Criminal Case"). On September 3, the stay was lifted for the limited purpose of allowing intervenor Eric Amos ("Amos") to file a motion for interpleader pursuant to Rule 22, Fed. R. Civ. P. On December

17, Amos' motion to deposit disputed funds in the court's registry was granted.  Accordingly, it is hereby

ORDERED that proceedings in this action are stayed in their entirety pending the conclusion of the proceedings in the Criminal Case.

SO ORDERED:

Dated:   New York, New York
         December 17, 2020

_____
DENISE COTE
United States District Judge