```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,       :
                                         :
                         Plaintiff,       :      20cv163 (DLC)
            -v-                          :
                                         :          ORDER
DONALD G. BLAKSTAD, ENERGY SOURCES        :
INTERNATIONAL CORPORATION, and XACT       :
HOLDINGS CORPORATION,                     :
                                         :
                         Defendants.      :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
ERIC AMOS,                                :
                                         :
                         Interpleader     :
                         Plaintiff,       :
            -v-                          :
                                         :
DONALD G. BLAKSTAD, ENERGY SOURCES        :
INTERNATIONAL CORPORATION, and XACT       :
HOLDINGS CORPORATION, and SECURITIES      :
AND EXCHANGE COMMISSION,                  :
                                         :
                         Interpleader     :
                         Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   Eric Amos having made a motion pursuant to Rule 22, Fed. R. Civ. P., requesting that the Court issue an Order directing the Clerk of Court to accept the interpleader funds in the amount of $750,000.00, it is hereby

   ORDERED that the Clerk of Court accept and deposit the interpleader funds into the Disputed Ownership Fund (DOF) in the

Court Registry Investment System (CRIS) pending further Order of the Court.

SO ORDERED:

Dated: New York, New York
December 17, 2020

_____
DENISE COTE
United States District Judge