```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :    20cv163 (DLC)
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :         ORDER
                        Plaintiff,    :
                                      :
            -v-                       :
                                      :
DONALD G. BLAKSTAD, et al.,           :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
------------------------------------- X
ERIC AMOS,                            :
                                      :
                 Interpleader         :
                 Plaintiff,           :
                                      :
            -v-                       :
                                      :
DONALD G. BLAKSTAD, et al.,           :
                                      :
                 Interpleader         :
                 Defendants.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 5, an initial pretrial conference was held in the related case Securities and Exchange Commission v. Donald G. Blakstad, et al., 19cv6387. Based on the representations made by the parties at that conference, it is hereby

ORDERED that the stay of this action is lifted.

IT IS FURTHER ORDERED that the plaintiff shall confer with all parties to this action, including interpleader plaintiff

Eric Amos, and submit a status letter by **January 14, 2022**. The status letter shall include a schedule for further proceedings, including a forum and time frame for settlement discussions.

SO ORDERED:

Dated:   New York, New York
         November 5, 2021

             _____
                      DENISE COTE
             United States District Judge